FRANCESCA TURRISI, Respondent, v. ALPHONSO TURRISI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HILLIARD J. ROSENCRANTZ, Appellant, Respondent, v. GASTON, WILLIAMS & WIGMORE, INC., Respondent, Appellant.— Order, so far as appealed from, affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDITH M. TUTTLE and Another, Suing in Behalf of Themselves and All Other Stockholders of AMERICAN DISTRICT TELEGRAPH COMPANY, a Corporation of the State of New Jersey, Respondents, v. WESTERN UNION TELEGRAPH COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL ROGALSKY and Another, Respondents, v. FRENCH MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE Q. R. S. COMPANY, Respondent, v. PHILLIPS-JONES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN W. B. COLEMAN, Respondent, v. CHARLES C. LAROSE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS F. LEE, Appellant, v. LAWRENCE DONAHUE, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer as directed in order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN R. GORNTO, Appellant, v. MIRROR FILMS, INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and plaintiff's motion for permission to proceed with the entry of the judgment upon the verdict in this case granted, upon the authority of O'Connor v. Healy (171 App. Div. 604). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATENT VULCANITE ROOFING COMPANY, INC., Respondent, v. BANCA BERGAMASCA DI DEPOSITI E CONTI CORRENTI, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MILES ROSENBLUTH, Respondent, v. AUGUSTA SULTAN, Appellant.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and the motion to vacate granted, the court being without jurisdiction to enter the judgment. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.